■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RICHARD H. MATHIAS, Respondent. [643 NYS2d 442] —Order unanimously reversed on the law, motion denied, indictment reinstated and matter remitted to Steuben County Court for further proceedings on indictment. Memorandum: Defendant failed to give the People reasonable notice of his CPL 30.30 motion to dismiss the indictment, as required by CPL 210.45 (1) (*see, People v Lawrence,* 64 NY2d 200, 203; *People v Pitcher,* 182 AD2d 878, 879, *lv denied* 80 NY2d 933). (Appeal from Order of Steuben County Court, Scudder, J.—Dismiss Indictment.) Present—Pine, J. P., Wesley, Callahan, Doerr and Boehm, JJ.